SO ORDERED.

Dated: May 25, 2011

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22702

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-BK-20839-RTB |
| Rica R. Dee, | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A. | |
| Movant, | (Related to Docket #53) |
| vs. | |
| Rica R. Dee, Debtor; Andrew S. Nemeth, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

//

//

//

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed |
| 2 | by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real |
| 3 | property which is the subject of a Deed of Trust dated June 11, 2003 and recorded in the office of the |
| 4 | Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Rica R. Dee, |
| 5 | have an interest in, further described as: |

      IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 11, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Rica R. Dee, have an interest in, further described as:

      Lot 260, SKYLINE VISTA NO. 5, according to Book 74 of Maps, Page 2, records Maricopa County, Arizona.

      IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtor if the Debtor's personal liability is discharged in this bankruptcy case.

      IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.